1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANTONIO JOSE MURILLO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   ) NO. CR.S-05-165 GEB
                    Plaintiff,     )
12                                 )
       v.                          )              **AMENDED**
13                                 )      **STIPULATION AND ORDER;**
                                   )        **EXCLUSION OF TIME**
14                                 )
   ANTONO JOSE MURILLO,            )
15                    Defendant.   ) Date: June 10, 2005
   _____     Time: 9:00 a.m.
16                                     Judge: Hon. Garland E. Burrell, Jr.

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JASON HITT, Assistant United States Attorney,

19 attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender,

20 attorney for Defendant, that the status conference hearing date of May

21 27, 2005 shall be vacated and a status conference scheduled for June

22 10, 2005 at 9:00 a.m.

23      This continuance is requested as defense counsel needs additional

24 time to review discovery with the defendant, to examine possible

25 defenses and to continue investigating the facts of the case.

26      Accordingly, all counsel and the defendant agree that time under

27 the Speedy Trial Act from the date this stipulation is lodged, through

28 Stip and Order

1   June 10, 2005, should be excluded in computing the time within which

2   trial must commence under the Speedy Trial Act, pursuant to Title 18

3   U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4   DATED: June 2, 2005.                    Respectfully submitted,

5                                                QUIN DENVIR
                                                 Federal Public Defender
6

7
    DATED:                                   /s/ MARK J. REICHEL
8                                            MARK J. REICHEL
                                             Assistant Federal Defender
9                                            Attorney for Defendant

10
                                             McGREGOR SCOTT
11                                           United States Attorney

12

13  DATED:                                   /s/ MARK J. REICHEL for
                                             JASON HITT
14                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
15

16                          **O R D E R**

17      **IT IS SO ORDERED**. Time is excluded and the hearing continued on

18  the dates and upon the grounds set forth--herein above in the interests

19  of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code

20  T4.

21  Dated:  June 2, 2005

22
                                 /s/ Garland E. Burrell, Jr.
23                               GARLAND E. BURRELL, JR.
                                 United States District Judge
24

25

26

27

28

Stip and Order                              2