QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-05-165 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| ANTONIO JOSE MURILLO, | ) | |
| Defendant. | ) | Date: July 22, 2005 |
| | | Time: 9:00 a.m. |
| | | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 1, 2005 shall be vacated and a status conference scheduled for July 22, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

1  July 22, 2005, should be excluded in computing the time within which
2  trial must commence under the Speedy Trial Act, pursuant to Title 18
3  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4  DATED: June 30, 2005                    Respectfully submitted,

                                           QUIN DENVIR
                                           Federal Public Defender


7  DATED:  June 30, 3005                   /s/ MARK J. REICHEL
8                                          MARK J. REICHEL
                                           Assistant Federal Defender
9                                          Attorney for Defendant


                                           McGREGOR SCOTT
11                                         United States Attorney


13 DATED:  June 30, 2005                   /s/ MARK J. REICHEL for
                                           JASON HITT
14                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

16                                **O R D E R**

17     **IT IS SO ORDERED**. Time is excluded and the hearing continued on
18 the dates and upon the grounds set forth--herein above in the interests
19 of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code
20 T4.
21 Dated:  July 5, 2005

                                           /s/ Garland E. Burrell, Jr.
23                                         GARLAND E. BURRELL, JR.
                                           United States District Judge

Stip and Order                              2