QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 ) NO. CR.S-05-165 GEB
           Plaintiff,            )
                                 )
     v.                          )
                                 )   **STIPULATION AND ORDER;**
                                 )      **EXCLUSION OF TIME**
                                 )
ANTONIO JOSE MURILLO,            )
           Defendant.            ) Date: October 28, 2005
_____    Time: 9:00 a.m.
                                   Judge: Hon. Garland E. Burrell, Jr.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 7, 2005 shall be vacated and a status conference scheduled for October 28, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

October 28, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 6, 2005                         Respectfully submitted,

                                               QUIN DENVIR
                                               Federal Public Defender


DATED: October 6, 2005                         /s/ MARK J. REICHEL
                                               MARK J. REICHEL
                                               Assistant Federal Defender
                                               Attorney for Defendant


                                               McGREGOR SCOTT
                                               United States Attorney


DATED: October 6, 2005                         /s/ MARK J. REICHEL for
                                               MICHAEL BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  October 12, 2005

                                               /s/ Garland E. Burrell, Jr.
                                               GARLAND E. BURRELL, JR.
                                               United States District Judge