QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>                                    )<br>                                    )<br>ANTONIO JOSE MURILLO,               )<br>            Defendant.              )<br>_____ | NO. CR.S-05-165 GEB<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: November 4, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 28, 2005 shall be vacated and a status conference scheduled for November 4, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

November 4, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 26, 2005                     Respectfully submitted,

                                                                    QUIN DENVIR
                                                                    Federal Public Defender

DATED: October 26, 2005                     /s/ MARK J. REICHEL
                                                                    MARK J. REICHEL
                                                                    Assistant Federal Defender
                                                                    Attorney for Defendant

                                                                    McGREGOR SCOTT
                                                                    United States Attorney

DATED: October 26, 2005                     /s/ MARK J. REICHEL for
                                                                    MICHAEL BECKWITH
                                                                    Assistant U.S. Attorney
                                                                    Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  October 26, 2005

                                                                    /s/ Garland E. Burrell, Jr.
                                                                    GARLAND E. BURRELL, JR.
                                                                    United States District Judge