1  QUIN DENVIR, Bar #49374
Federal Defender
2  MARK J. REICHEL, Bar #155034
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
ANTONIO JOSE MURILLO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,          )
11                                   )   NO. CR.S-05-165 GEB
                    Plaintiff,       )
12                                   )
      v.                             )
13                                   )   **STIPULATION AND ORDER;**
                                     )      **EXCLUSION OF TIME**
14                                   )
ANTONIO JOSE MURILLO,                )
15                    Defendant.     )   Date: November 18, 2005
_____         Time: 9:00 a.m.
16                                       Judge: Hon. Garland E. Burrell, Jr.

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, MICHAEL BECKWITH, Assistant United States

19  Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal

20  Defender, attorney for Defendant, that the status conference hearing

21  date of November 4, 2005 shall be vacated and a status conference

22  scheduled for November 18, 2005 at 9:00 a.m.

23       This continuance is requested as defense counsel needs additional

24  time to review discovery with the defendant, to examine possible

25  defenses and to continue investigating the facts of the case.

26       Accordingly, all counsel and the defendant agree that time under

27  the Speedy Trial Act from the date this stipulation is lodged, through

28  Stip and Order

1  November 18, 2005, should be excluded in computing the time within

2  which trial must commence under the Speedy Trial Act, pursuant to Title

3  18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4  DATED: November 3, 2005                    Respectfully submitted,

5                                             QUIN DENVIR
                                              Federal Public Defender
6

7
   DATED: November 3, 2005                    /s/ MARK J. REICHEL
8                                             MARK J. REICHEL
                                              Assistant Federal Defender
9                                             Attorney for Defendant

10
                                              McGREGOR SCOTT
11                                            United States Attorney

12

13 DATED: November 3, 2005                    /s/ MARK J. REICHEL for
                                              MICHAEL BECKWITH
14                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
15

16                            **O R D E R**

17      **IT IS SO ORDERED**. Time is excluded and the hearing continued on

18 the dates and upon the grounds set forth--herein above in the interests

19 of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code

20 T4.

21 DATED:  November 7, 2005

22                                   /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
23                                   United States District Judge

24

25

26

27

28

Stip and Order                              2