QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br>ANTONIO JOSE MURILLO,         )<br>            Defendant.        )<br>_____ | NO. CR.S-05-165 GEB<br><br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: December 2, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 18, 2005 shall be vacated and a status conference scheduled for December 2, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure as far as a sentence goes, continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through December 2, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 17, 2005                    Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Public Defender


DATED: November 17, 2005                    /s/ MARK J. REICHEL
                                            MARK J. REICHEL
                                            Assistant Federal Defender
                                            Attorney for Defendant


                                            McGREGOR SCOTT
                                            United States Attorney


DATED: November 17, 2005                    /s/ MARK J. REICHEL for
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  November 22, 2005

                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge

Stip and Order                              2