QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>ANTONIO JOSE MURILLO,<br>　　　　Defendant. | NO. CR.S-05-165 GEB<br><br>**STIPULATION AND ORDER;<br>　EXCLUSION OF TIME**<br><br>Date: January 20, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 16, 2005 shall be vacated and a status conference scheduled for January 20, 2006 at 9:00 a.m.

　　　This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure as far as a sentence goes, continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 20, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 15, 2005          Respectfully submitted,

                                                   QUIN DENVIR
                                                   Federal Public Defender

DATED: December 15, 2005          /s/ MARK J. REICHEL
                                                   MARK J. REICHEL
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

                                                 McGREGOR SCOTT
                                                 United States Attorney

DATED: December 15, 2005          /s/ MARK J. REICHEL for
                                               MICHAEL BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  December 16, 2005

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge