```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-05-165 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **EXCLUSION OF TIME** |
| ) | |
| ANTONIO JOSE MURILLO, ) | Date: May 26, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 28, 2006 shall be rescheduled for May 26, 2006 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure regarding sentence, and to continue investigating the facts of the case.

//

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 26, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

        Respectfully submitted,

        DANIEL J. BRODERICK
        Acting Federal Defender

DATED: April 27, 2006        /s/ RACHELLE BARBOUR
        RACHELLE BARBOUR
        Assistant Federal Defender
        Attorney for Defendant

        McGREGOR SCOTT
        United States Attorney

DATED: April 27, 2006        /s/ RACHELLE BARBOUR
        JASON HITT
        Assistant U.S. Attorney
        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: May 10, 2006

        /s/ Garland E. Burrell, Jr.
        GARLAND E. BURRELL, JR.
        United States District Judge