DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>ANTONIO JOSE MURILLO,<br><br>        Defendant.<br>_____ | NO. CR.S-05-165 GEB<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: October 20, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 22, 2006 shall be rescheduled for October 20, 2006 at 9:00 a.m.

    This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure regarding sentence, and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 20, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

DATED: September 21, 2006    /s/ RACHELLE BARBOUR
    RACHELLE BARBOUR
    Assistant Federal Defender
    Attorney for Defendant

    McGREGOR SCOTT
    United States Attorney

DATED: September 21, 2006    /s/ RACHELLE BARBOUR
    JASON HITT
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: September 26, 2006

    /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge