DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | 2:05-cr-165-GEB |
| Plaintiff,   ) | |
| ) | **STIPULATION AND ORDER;** |
| v.   ) | **EXCLUSION OF TIME** |
| ) | |
| ANTONIO JOSE MURILLO,           ) | Date: January 19, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant.   ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____   ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 8, 2006 shall be rescheduled for January 19, 2007 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure regarding sentence, and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 19, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: December 7, 2006             /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant

                                    McGREGOR SCOTT
                                    United States Attorney


DATED: December 7, 2006             /s/ RACHELLE BARBOUR
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  December 7, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                             2