DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR.S-05-165 GEB |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER;** |
| v. | ) **EXCLUSION OF TIME** |
| | ) |
| ANTONIO JOSE MURILLO, | ) |
| | ) Date: May 4, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, JASON HITT, Assistant United States Attorney,

attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender,

attorney for Defendant, that the status conference hearing date of

March 30, 2007 shall be rescheduled for May 4, 2007 at 9:00 a.m.

This continuance is requested as defense counsel needs additional

time to attempt to resolve the case with a plea agreement, to review

the defendant's options regarding the case, to examine the defendant's

potential exposure regarding sentence, and to continue investigating

the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 4, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: March 28, 2007                    /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for Defendant

                                         McGREGOR SCOTT
                                         United States Attorney

DATED: March 28, 2007                    /s/ RACHELLE BARBOUR
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  March 29, 2007

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                            2