DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) NO. CR.S-05-165 GEB |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER;** |
| v. | ) **EXCLUSION OF TIME** |
| | ) |
| ANTONIO JOSE MURILLO, | ) Date: June 29, 2007 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 4, 2007 shall be rescheduled for June 29, 2007 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure regarding sentence, and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 29, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: May 3, 2007                       /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: May 3, 2007                       /s/ RACHELLE BARBOUR
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  May 3, 2007

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge