DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO JOSE MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    ) | NO. CR.S-05-165 GEB |
|             Plaintiff,             )<br>                                    ) | **STIPULATION AND ORDER;** |
|   v.                               ) | **EXCLUSION OF TIME** |
|                                    )<br> ANTONIO JOSE MURILLO,              ) | Date: September 7, 2007 |
|                                    )<br>             Defendant.             ) | Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| _____        ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 27, 2007 shall be rescheduled for September 7, 2007 at 9:00 a.m.

   This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement, to review the defendant's options regarding the case, to examine the defendant's potential exposure regarding sentence, and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 7, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: July 26, 2007         /s/ RACHELLE BARBOUR
                             RACHELLE BARBOUR
                             Assistant Federal Defender
                             Attorney for Defendant


                             McGREGOR SCOTT
                             United States Attorney


DATED: July 26, 2007         /s/ RACHELLE BARBOUR
                             JASON HITT
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  July 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                    2