```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,    )   Case No. CR-S-05-0165 GEB
10                               )
                Plaintiff,       )   STIPULATION AND PROPOSED ORDER
11                               )   CONTINUING JUDGMENT AND
         v.                      )   SENTENCE
12                               )
    ANTONIO MURILLO,             )
13                               )
                Defendant.       )
14  _____)

15       Plaintiff, United States of America, by its counsel,
16  Assistant United States Attorney Jason Hitt, and defendant
17  Antonio MURILLO, by his counsel, Rachelle Barbour, Esq., hereby
18  stipulate and agree that the currently-set judgment and
19  sentencing date of December 7, 2007, at 9:00 a.m. should be
20  continued to December 14, 2006, at 9:00 a.m.
21
22  Dated: December 6, 2007         /s/Jason Hitt
                                    JASON HITT
23                                  Assistant U.S. Attorney
24
25  Dated: December 6, 2007         /s/Jason Hitt
                                    Authorized to sign for Ms.
26                                  Barbour on 12-06-07
                                    RACHELLE BARBOUR, Esq.
27                                  Counsel for MURILLO
28
```

1  _____

2                              **ORDER**

3      Based upon the representations by counsel and the
4  stipulation of the parties, IT IS HEREBY ORDERED that the
5  judgement and sentencing date of December 7, 2007, at 9:00 a.m.,
6  is CONTINUED to December 14, 2007, at 9:00 a.m.

7

8      IT IS SO ORDERED.
9  Date: December 7, 2007
10                                 _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge